# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Ulysses Webber, Sr., | C/A No. 3:10-cv-01901-MJP |
| Plaintiff, | |
| vs. | **CONSENT ORDER EXTENDING STAY** |
| Fresenius Medical Care CNA Kidney Centers, LLC, | |
| Defendant. | |

This matter comes before the Court on motion from both parties to extend the Court's *Consent Order Staying Case Pending Compliance with S.C. Code Ann. § 15-79-110, et seq.*, dated December 15, 2010.

WHEREAS, the *Order* stayed the case for 210 days in order that the parties could comply with the pre-suit requirements of South Carolina's medical malpractice statute, exchange information and conduct pre-suit mediation.

WHEREAS, the parties have exchanged information, have complied with pre-suit filings, and have attempted in good faith to conduct mediation prior to the expiration of the stay; however, due to various conflicts, the parties have been unable to mediate the case.

WHEREAS, mediation is currently scheduled for August 8, 2011, with Rebecca Lafitte, Esq. as mediator, and all parties, including persons with authority, will be attending in person.

WHEREAS, the parties jointly request that this Court extend its *Order* through August 19, 2011, to allow mediation to take place as scheduled so that the parties may attempt to resolve their dispute without litigation;

WHEREAS, the parties have not requested any other extensions of the *Order* staying the case.

1

2

It appearing that the parties have attempted in good faith to mediate the case, that a mediation is currently scheduled, and that there is good cause to extend the stay so that the parties may complete mediation,

IT IS THEREFORE ORDERED AND ADJUDGED THAT the case is hereby stayed through August 19, 2011, so that the parties may participate in scheduled mediation.

IT IS SO ORDERED.

                                              s/Matthew J. Perry, Jr.                      _____
                                              **MATTHEW J. PERRY, JR.**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**

Columbia, SC
July 15, 2011

WE SO MOVE AND CONSENT:


s/ William D. Britt, Jr.
William D. Britt, Jr.
Fed. ID No. 7403
BRUNER POWELL WALL & MULLINS, LLC
1735 St. Julian Place, Ste. 200
P.O. Box 61110
Columbia, SC  29260-1110
803-252-7693

Attorney for Defendant


s/ E. Wayne Ridgeway, Jr.
E. Wayne Ridgeway, Jr.
Burriss Law Firm
907 Elmwood Ave.
Columbia, SC  29201-2107
803-779-5842

Hammond A. Beale, Jr.
Fed. ID No. 1254
791 Greenlawn Dr.
P.O. Box 9526
Columbia, SC  29290-0526
803-783-4570

Attorneys for Plaintiff